172 So. 295

## CITY OF BIRMINGHAM v. P. N. WILSON.

### 6 Div. 66.

Supreme Court of Alabama.

Jan. 21, 1937.

Horace C. Wilkinson, of Birmingham, for petitioner.

W. J. Wynn, of Birmingham, for respondent.

GARDNER, Justice.

Petition of P. N. Wilson for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that court in the case of City of Birmingham v. Wilson, *172 So. 292.*

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.